IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES LONGORIO,

    Plaintiff,               No. 2:04-cv-02650 DFL KJM (PC)

    vs.

D.L. RUNNELS, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 18, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 14, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: June 20, 2005.

                                        UNITED STATES MAGISTRATE JUDGE

/kf
long2650.36