IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL JAMES LONGORIO,** | 2:04-cv-2650 DFL KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **B. JACOT, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN**, defendants are granted an additional forty-five (45) days up to and including May 23, 2006, within which to file a responsive pleading to the amended complaint.

DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1