IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES LONGORIO,

    Plaintiff,                      No. CIV S-04-2650 DFL KJM P

  vs.

B. JACOT, et al.,

    Defendants.              <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 23, 2006 motion to dismiss as directed by the court's order of July 20, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 30, 2006 application for an extension of time is granted; and

       2. Plaintiff shall file and serve an opposition to defendants' May 23, 2006 motion to dismiss on or before October 1, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: September 14, 2006.

UNITED STATES MAGISTRATE JUDGE

2/mp long2650.36