IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES LONGORIO,

      Plaintiff,                     No. CIV S-04-2650 DFL KJM P

  vs.

B. JACOT, et al.,

      Defendants.            <u>ORDER</u>

                                  /

       Plaintiff has requested an extension of time to file and serve objections to the December 20, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's January 16, 2007 application for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the December 20, 2006 findings and recommendations.

DATED: January 24, 2007.

                                                          U.S. MAGISTRATE JUDGE

/mp
long2650.36