1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL JAMES LONGORIO,

11          Plaintiff,                    No. CIV S-04-2650 DFL KJM P

12      vs.

13   B. JACOT, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On December 20, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   thereafter secured an extension of time in which to file objections.   Both parties have filed

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

26   /////

1

1    entire file, the court finds the findings and recommendations to be supported by the record and by

2    proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed December 20, 2006 are adopted in

5    full; and

6            2.  Defendants' motion to dismiss the complaint is granted as to defendants

7    Nergenah, Jacot and Swearington, and denied as to defendants Peterson and Sahota.

8    DATED:   March 16, 2007

9

10                        /s/ David F. Levi
                         UNITED STATES DISTRICT JUDGE

11    /long2650.806

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26