IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES LONGORIO,

    Plaintiff,               No. CIV S-04-2650 RRB KJM P

    vs.

B. JACOT, et al.,

    Defendants.        <u>ORDER</u>

                                /

        On August 14, 2007, plaintiff filed a motion to modify the scheduling order issued April 25, 2007. Defendants have opposed the request.

        A scheduling order may be modified upon a showing of good cause, which in turn requires a showing of diligence. <u>Jackson v. Laureate, Inc</u>., 186 F.R.D. 605, 607 (E.D. Cal. 1999). In his motion, plaintiff says only that he has not had access to the law library and so needs additional time "to further his motions." He has not shown what steps, if any, he has taken since the issuance of the scheduling order. Because he has not demonstrated his diligence, he has not established good cause.

/////

/////

/////

1

1   IT IS HEREBY ORDERED that plaintiff's August 14, 2007 motion for an
2 extension of time is denied without prejudice.
3 DATED: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

2
long2650.sch