IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES LONGORIO,

    Plaintiff,        No. CIV. S-04-2650 RRB KJM P

  vs.

B. JACOT, et al,

    Defendants.      ORDER

_____/

        Defendants Sahota and Peterson have asked the court to vacate the remaining dates in the court's April 25, 2007 scheduling order. The motion is well-taken.

        IT IS HEREBY ORDERED that the remaining dates in the April 25, 2007 scheduling order, those for filing pretrial statements, pretrial conference, and trial are hereby vacated, to be reset, if necessary, following resolution of the pending motion for summary judgment.

DATED: November 21, 2007.

U.S. MAGISTRATE JUDGE

2 /long2650.vso

1