IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. LONGORIO,

      Plaintiff,                      No. CIV S-04-2650 RRB KJM P

      vs.

B. JACOT, et al.,

      Defendant.                  <u>ORDER</u>

                                          /

      In light of the recommendation that this matter be dismissed as a result of plaintiff's failure to prosecute, the dates for filing pretrial motions, for trial conference and for trial set in the scheduling order of April 25, 2007 (docket no. 27) are hereby vacated.

      IT IS SO ORDERED.

DATED: March 31, 2008.

                                                                     _____
                                                                       U.S. MAGISTRATE JUDGE

2

long2650.vsch